IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

      Plaintiff,                    No. 2:07-cv-0015 MCE EFB P

   vs.

C. STILES, et al.,

      Defendants.            <u>ORDER</u>

/

      On February 7, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 18, 2007, finding service appropriate for defendants Stiles, Jaffe, johnson, Curren, Stabbe, and Hewitt, and concluding that plaintiff had failed to state a cognizable claim against defendants Wlech, Flynt, or Sherbourn.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2   magistrate judge filed January 18, 2007, is affirmed.

Dated: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE