IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

      Plaintiff,                    No. CIV S-07-0015 MCE EFB P

   vs.

C. STILES, et al.,

      Defendants.          ORDER

                               /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 23, 2007, the court directed plaintiff to submit seven copies of the December 1, 2006 endorsed complaint for the U. S. Marshal to serve defendants. Plaintiff submitted only one copy. He has failed to comply with the order.

      It therefore is ORDERED that plaintiff has 20 days from the date of this order either to explain his failure to comply with the January 18, 2007 order, or to submit six copies of his complaint. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one copy of the December 1, 2006 complaint.

Dated: May 14, 2007.

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE