IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

      Plaintiff,                      No. CIV S-07-0015 MCE EFB P

    vs.

C. STILES, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On March 23, 2007, the court directed plaintiff to submit seven copies of the December 1, 2006, endorsed complaint for the U.S. Marshal to serve defendants. Plaintiff submitted only one copy.

       By order filed May 15, 2007, the court granted plaintiff an extension of 20 days within which to explain his failure to comply with the court's order or to submit six copies of his complaint, and that failure to comply with that order would result in a recommendation that this action be dismissed. Plaintiff filed a response on May 30 and June 22, 2007, explaining his difficulty in obtaining access to the law library in order to make the necessary copies. More than six months have transpired since plaintiff's explanation and he has still not filed the copies of his complaint for service.

Accordingly, it is hereby recommended that this action be dismissed for failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 3, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE