IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

      Plaintiff,                     No. CIV S-07-0015 MCE EFB P

    vs.

C. STILES, et al.,

      Defendants.          ORDER

_____/

      Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

      The United States Marshal has returned process directed to defendant Stiles unserved with the notation "retired, no forwarding address and unable to locate." Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

1

1    Accordingly, it is ORDERED that:

2    1.  The Clerk of the Court shall mail plaintiff 1 form USM-285 and a copy of the

3 complaint filed December 1, 2006.

4    2.  Within 60 days from the date this order is served, plaintiff may submit the attached

5 Notice of Submission of Documents with a completed form USM-285 providing instructions for

6 service of process upon defendant Stiles and 2 copies of the complaint provided to plaintiff.

7    3.  Failure to provide new instructions for service of process upon defendant Stiles within

8 the time allowed or show good cause for such failure will result in a recommendation that this

9 action be dismissed as to that defendant.

10 DATED:  April 22, 2008.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

        Plaintiff,                No. CIV S-07-0015 MCE EFB P

    vs.

C. STILES, et al.,

                              NOTICE OF SUBMISSION
        Defendants.        OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        One        completed USM-285 forms

        Two        copies of the 12/01/06
                                        Complaint

DATED:

                                                      Plaintiff