IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,

        Plaintiff,                    No. CIV S-07-0015 MCE EFB

     vs.

C. STILES, et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

       Plaintiff is a state prisoner without counsel suing under 42 U.S.C. § 1983. The court previously found service appropriate for defendants Stiles, Jaffe, Johnson, Curren, Stabbe, and Hewette, and concluded that plaintiff had failed to state a cognizable claim against defendants Welch, Flynt, or Sharbourn. Order filed January 18, 2007. On February 7, 2007, plaintiff filed a request for reconsideration of this order. On May 3, 2007, the district judge assigned to this action affirmed.

       Accordingly, it is hereby RECOMMENDED that plaintiff's claims against defendants Welch, Flynt, and Sharbourn be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 13, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE