IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY LAMON,                                    No. 2:07-cv-00015-MCE-EFB P

    Plaintiff,

  vs.                                         ORDER

C. STILES, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 30, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

///

///

///

1

The court has reviewed the file and finds that the magistrate judge incorrectly applied a one-year statute of limitations instead of the applicable two-year statute of limitations. *See Andonagui v. May Dept. Stores Co.*, 128 Cal. App. 4th 435, 440 (2005). Thus, plaintiff had until August 14, 2006 to file this action. However, this does not affect the outcome as plaintiff did not file this action until December 1, 2006, over three months late. All other findings are supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 30, 2009, are adopted in all respects, except with regard to the application of a one-year statute of limitations;

2. Defendants' July 29, 2008, motion for summary judgment is granted; and,

3. Judgment is entered in their favor and the Clerk is directed to close the case.

Dated: March 27, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE